FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JAN 14  AM 10: 3

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GLENN ALDEN PAINTER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: CV612-088 |
| BRUCE CHATMAN, Warden; Sgt. THOMAS; Officer MOORE; and Officer MATTHEWS, | : |
| Defendants. | : |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Warden Bruce Chatman are **DISMISSED**.

**SO ORDERED**, this _14_ day of _Jan._____, 2013.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)