IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GLENN ALDEN PAINTER,

   Plaintiff,

v.

BRUCE CHATMAN, Warden;
Sgt. THOMAS; Officer MOORE;
and Officer MATTHEWS,

   Defendants.

CIVIL ACTION NO.: CV612-088

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Warden Bruce Chatman are **DISMISSED**.

**SO ORDERED**, this ___14___ day of ___Jan___, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)