IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GLENN ALDEN PAINTER,

    Plaintiff,

v.                                      CIVIL ACTION NO.: CV612-088

KIM THOMAS; LaSHONDREA
JENNINGS MOORE; and
DEVORIAL MATTHEWS,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation dated April 4, 2013. Plaintiff (or a "Lillian Black" on his behalf) filed "Objections" to the Report and Recommendation, to which Defendants responded. Plaintiff asserts that the Magistrate Judge recommended that Defendants' Motion to Dismiss be granted but the reason for this recommendation is not clear. However, the Magistrate Judge's Report makes it clear that he recommends the granting of Defendants' Motion to Dismiss because Plaintiff failed to exhaust his available administrative remedies prior to the filing of this cause of action.

Plaintiff's Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.

Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, based on his failure to exhaust his available administrative remedies prior to the filing of this cause of action. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 10th day of June, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)